AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>DEVON JAMES WRIGHT<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)   1:25-mj-00020-CL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 23, 2024  in the county of  Multnomah  in the
_____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
Please see attached affidavit of ATF Special Agent Samuel Suyehira.

☑ Continued on the attached sheet.

s/ Samuel W. Suyehira
*Complainant's signature*

Samuel Suyehira, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  1/24/25

*Judge's signature*

City and state:  Medford, Oregon          MARK D. CLARKE, U.S. Magistrate Judge
*Printed name and title*