DISTRICT OF OREGON, ss:        AFFIDAVIT OF SAMUEL W. SUYEHIRA

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Samuel W. Suyehira, being duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since December 2016. I am currently assigned to the Medford, Oregon Satellite Office and I investigate violations of Federal laws, including but not limited to firearms trafficking, narcotics trafficking, the commission of violent crimes, and conspiracy.

2. I obtained a Bachelor of Science degree in Chemistry from the College of Idaho in Caldwell, Idaho. I completed the Federal Law Enforcement Training Center Criminal Investigators Training Program and the ATF National Academy Special Agent Basic Training Program. During this time, I received instruction relating to the investigation of Federal firearms and narcotics violations. Prior to joining ATF, I was a Criminalist for the Canyon County Sheriff's Office Forensic Science unit in Canyon County, Idaho.

3. I submit this affidavit in support of a criminal complaint and arrest warrant for Devon James WRIGHT (DOB: XX/XX/1994, hereinafter "WRIGHT") for Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

4. As set forth below, there is probable cause to believe, and I do believe, that WRIGHT committed Felon in Possession of a Firearm.

5. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on: (a) my personal participation in this investigation; (b) information

provided to me by other law enforcement officers; (c) my review of criminal history records maintained by various law enforcement agencies; and (d) information gained through my training and experience.

## Applicable Law

6. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws and am aware of the following statutes:

- **18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm or Ammunition**: It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## Statement of Probable Cause

### June 23, 2024 – Arrest of WRIGHT

7. On or about June 23, 2024, Officers of the Portland Police Bureau (PPB) conducted a traffic stop in the Portland, Oregon area on a white Acura Integra for display of license plates registered to another vehicle. Prior to conducting the traffic stop, a PPB Officer observed WRIGHT in the driver seat of the vehicle and an adult female in the passenger seat while the vehicle was in a parking lot. The PPB Officer then observed WRIGHT and the adult female switch positions, and the female drive the vehicle onto a public road at which point the PPB Officer initiated the traffic stop. The PPB Officer contacted the adult female driver, who advised she did not have a driver's license, an ID, nor proof of insurance on the vehicle. The PPB Officer obtained WRIGHT's name and date of birth, where a records check showed WRIGHT on parole for a State of Oregon Felon in Possession of a Firearm conviction. At that time the PPB Officer decided to tow the vehicle.

8.    The PPB Officer conducted an inventory search of the vehicle, where the PPB Officer located a small white Adidas backpack situated behind the driver seat of the vehicle. The PPB Officer noted drawings on the front of the backpack reading "Trap D" written in black permanent marker. Based on my knowledge of WRIGHT learned during the course of a separate firearms investigation into WRIGHT, I know WRIGHT to go by the street monikers "Devo" and "D". The PPB Officer further observed a loose round of ammunition underneath the passenger seat of the vehicle. The PPB Officer noted in his report that based on WRIGHT's firearm history, the round of ammunition located beneath the passenger seat, the PPB Officer's experience with locating firearms in similar bags, and the significant weight of the bag when the PPB Officer picked up the bag, the PPB Officer believed a firearm to likely be inside the bag. The PPB Officer then opened the bag and observed a Taurus, Model PT 99 AF, 9x19mm caliber pistol and a full spare magazine inside the bag.

9.    The PPB Officer then arrested WRIGHT. The PPB Officer advised WRIGHT of his *Miranda Rights*, at which time WRIGHT stated, "I don't have nothing to say." The PPB Officer did not ask any subsequent questions to WRIGHT regarding the firearm or bag. PPB Officer Kamaka released the adult female at the scene.

10.    The PPB Officer subsequently documented a round in the chamber of the firearm and a seated magazine containing thirteen (13) additional rounds of ammunition. The PPB Officer further noted the spare magazine contained fifteen (15) rounds of ammunition, and eight (8) additional rounds of ammunition were present in a separate zippered soft case.

11.    I reviewed WRIGHT's National Crime Information Center (NCIC) criminal history, which appeared to show at least the following felony convictions:

- On or about June 9, 2014, Jackson County Circuit Court, Assault in the Second Degree, Docket #13CR05108.

- On or about June 9, 2014, Jackson County Circuit Court, Altering Identification on a Firearm, Riot, Docket #14CR07433.

- On or about April 12, 2018, Jackson County Circuit Court, Burglary in the First Degree, Unlawful use of a Weapon, Docket #18CR08566.

- September 2, 2020, Jackson County Circuit Court, Attempted Assault in the First Degree, Felon in Possession of a Firearm, Docket #20CR10537.

## Firearm Interstate Nexus Determination

12. I am an ATF Special Agent trained in making interstate nexus determinations for firearms. I personally examined the aforementioned firearm(s) that WRIGHT possessed and have knowledge that the firearm meets the definition of a firearm as defined by the Gun Control Act and the firearm was not manufactured in the state of Oregon. Therefore, the firearm WRIGHT possessed on or about June 23, 2024, travelled in, or affected, interstate or foreign commerce.

## DNA Testing on the Firearm

13. On July 2, 2024, ATF Taskforce Officer C. Panter collected sample swabs from the firearm at PPB as part of aggressive handling DNA processing [Commonly referred to as "touch DNA".] TFO Panter had previously received additional training from the Oregon State Police Crime Lab regarding aggressing handling DNA processing techniques.

14. On July 26, 2024, I swore to, and received, a federal search warrant in the District of Oregon before United States Magistrate Judge Mark D. Clarke to collect a DNA reference sample from WRIGHT.

15. On July 30, 2024, I executed the federal search warrant for a DNA reference sample upon WRIGHT at the Jackson County Jail in Medford, Oregon.

16. On August 6, 2024, I took custody of evidence collected by PPB during the arrest of WRIGHT, to include the DNA sample swabs TFO Panter collected from the firearm.

17. On August 27, 2024, I submitted the firearm sample swabs and WRIGHT reference swab to the Oregon State Police Crime Lab for comparison analysis.

18. On December 30, 2024, I received the Oregon State Police Lab Report concerning the DNA comparison between WRIGHT and the firearm. I observed the report to say, "A mixed DNA profile, assumed to be from four contributors, including at least two males, was obtained from this item. Devon Wright cannon be excluded as a contributor to this DNA mixture. It is approximately 43.0 billion times more likely to observe this evidentiary profile if the contributors are Devon Wright and three unknown, unrelated individuals rather than four unknown, unrelated individuals."

## Conclusion

19. Based on the foregoing, I have probable cause to believe, and I do believe, that on or about June 23, 2024, Devon James WRIGHT committed Felon in Possession of a Firearm.

20. I therefore request that the Court issue a criminal complaint and arrest warrant for Devon James WRIGHT.

21. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were reviewed by Assistant United States Attorney (AUSA) John Brassell and AUSA Brassell advised me that in his opinion the affidavit and complaint are legally and

factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrants.

S/Samuel W. Suyehira
SAMUEL W. SUYEHIRA
ATF Special Agent

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:15 a.m./p.m. on January 24, 2025.

HONORABLE MARK D. CLARKE
United States Magistrate Judge